IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Garfield J. Dansby, Sr. | Case No. 19-22142 CMB |
| Anita J. Dansby, | Chapter 13 |
| *Debtors* | Docket No. 56 |
| Garfield J. Dansby, Sr. | |
| Anita J. Dansby, | |
| *Movants* | |
| vs. | |
| AT&T Mobility, Bank of America, CACH, LLC, Capital Accounts, Capital One, Duquesne Light Company, Ford Motor Credit Company, IRS, LVNV Funding LLC, Lincoln Automotive Financial Service, PNC Bank Retail Lending, PA Dept. of Revenue, Peoples Gas, Pgh City Hall Emp FCU, Pittsburgh Water & Sewer Authority, Resurgent Capital Services, Source Receivables Mgmt, LLC, Verizon, Ronda J. Winnecour, Trustee and Office of the US Trustee, | |
| *Respondents* | |

## ORDER OF COURT

AND NOW, to wit this ___3rd___ day of ___Masy___, 2021, upon consideration of the Motion for Approval of Substitute Counsel for Debtor, it is hereby ORDERED, ADJUDGED and DECREED that Julie Frazee Steidl, Esquire and Steidl and Steinberg, PC are hereby approved as substitute counsel for the debtors, Garfield and Anita Dansby, in this Chapter 13 Bankruptcy case.

FILED
5/3/21 9:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Garfield J. Dansby, Sr.  
Anita J. Dansby  
    Debtors

Case No. 19-22142-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 2  
Date Rcvd: May 03, 2021      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Garfield J. Dansby, Sr., Anita J. Dansby, 1011 King Avenue, Pittsburgh, PA 15206-1460 |
| | + | Robert B. Marcus, Esq., 436 Seventh Avenue, Suite 220 Koppers Building, Pittsburgh, PA 15219-1818 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Garry Alan Masterson | on behalf of Creditor HTD Leasing LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com |
| Julie Frazee Steidl | on behalf of Debtor Garfield J. Dansby Sr. julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Julie Frazee Steidl | on behalf of Joint Debtor Anita J. Dansby julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Bank Of America  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert B. Marcus
    on behalf of Debtor Garfield J. Dansby  Sr. attnyrobmarcus@yahoo.com

Robert B. Marcus
    on behalf of Joint Debtor Anita J. Dansby attnyrobmarcus@yahoo.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com

TOTAL: 13