IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-22142 CMB |
| | ) | Chapter 13 |
| Garfield J. Dansby, Sr. | ) | |
| Anita J. Dansby, | ) | Related to Docket No. 59 & 67 |
| *Debtors* | ) | |
| | ) | |
| Garfield J. Dansby, Sr. | ) | |
| Anita J. Dansby, | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent* | ) | |

### ORDER OF COURT

AND NOW, to wit, this __2nd__ day of _____June_____, 2021, it is hereby ORDERED, ADJUDGED and DECREED, that the debtors, Garfield and Anita Dansby, are hereby granted an extension until August 2, 2021 to secure financing for a vehicle, to file a Report of Financing and to file an Amended Chapter 13 Plan.

FILED
6/2/21 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22142-CMB |
| Garfield J. Dansby, Sr. | Chapter 13 |
| Anita J. Dansby | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Garfield J. Dansby, Sr., Anita J. Dansby, 1011 King Avenue, Pittsburgh, PA 15206-1460 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Garry Alan Masterson | on behalf of Creditor HTD Leasing LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com |
| Julie Frazee Steidl | on behalf of Debtor Garfield J. Dansby Sr. julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Julie Frazee Steidl | on behalf of Joint Debtor Anita J. Dansby julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | |

District/off: 0315-2　　　　　　　　　　　　　User: dsaw　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jun 02, 2021　　　　　　　　　　Form ID: pdf900　　　　　　　　　　Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | |
| | on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Bank Of America  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Thomas Song | |
| | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com |

TOTAL: 11