IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Garfield J. Dansby, Sr., | ) | Case No. 19-22142 CMB |
| Anita J. Dansby, | ) | Chapter 13 |
| *Debtors* | ) | Related to Document No. 48 |
| | ) | |
| | ) | |
| Garfield J. Dansby, Sr., | ) | |
| Anita J. Dansby, | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent* | ) | |

### REPORT OF NO AUTOMOBILE FINANCING

AND NOW, come the debtors, Garfield and Anita Dansby, by and through their attorney Julie Frazee Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1.  On April 8, 2021, this Honorable Court signed an Order authorizing the Debtor to purchase a new or used motor vehicle for an amount up to $30,000.00 and a monthly payment not to exceed $500.00 per month.

2.  The debtors did not purchase a vehicle under this Order.

WHEREFORE, the debtors, Garfield and Anita Dansby, respectfully file this report of no financing.

Respectfully submitted,

July 15, 2021
    DATE

/s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
Attorney for the Debtors

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  35937
Julie.steidl@steidl-steinberg.com