IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        )
    GARFIELD J. DANSBY, SR.        )   Case No. 19-22142 CMB
    ANITA J. DANSBY                       )
                                              )   Chapter 13
                  Debtor(s).            )
                                              X

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒   a motion to dismiss case or certificate of default requesting dismissal

☐   a plan modification sought by: _____

☐   a motion to lift stay
    as to creditor   _____

☐   Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated **7-15-21**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtor(s) Plan payments shall be changed from **$2364** to **$3082** per month,

effective **3/23**; and/or the Plan term shall be changed from ___ months to ____ months.                             .

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☐    Other:



**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.


*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this <u>24th</u> day of <u>February</u>, 2023

_____
United States Bankruptcy Judge    dmk

Stipulated by:                                          Stipulated by:

/s/ James Warmbrodt                          /s/ Julie Frazee Steidl
Counsel to Debtor                                Counsel to Chapter 13 Trustee


Stipulated by:


_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22142-CMB
Garfield J. Dansby, Sr.  Chapter 13
Anita J. Dansby
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Feb 24, 2023     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Garfield J. Dansby, Sr., Anita J. Dansby, 1011 King Avenue, Pittsburgh, PA 15206-1460 |
| 15059773 | + | Peoples Gas, P.O. Box 535322, Pittsburgh, PA 15253-5322 |
| 15059774 | + | Pgh City Hall Emp Fcu, 414 Grant St Ste 911, Pittsburgh, PA 15219-5404 |
| 15059777 | + | Phelan, Hallinan & Schmieg, Suite 1400, One Penn Center Plaza, Ste 1400, 1617 JFK Blvd., Philadelphia, PA 19103-1814 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2023 00:17:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Feb 25 2023 00:18:00 | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15092817 | + | Email/Text: g20956@att.com | Feb 25 2023 00:19:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15100143 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2023 00:17:00 | Bank Of America, N.A., Bank Of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 15059766 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2023 00:17:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 15066022 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:19 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15059767 | + | Email/Text: bankruptcy@usecapital.com | Feb 25 2023 00:19:00 | Capital Accounts, Attn: Bankruptcy Dept, Po Box 140065, Nashville, TN 37214-0065 |
| 15059768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15394899 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 25 2023 00:18:00 | Clearview FCU, 8805 University Blvd, Coraopolis PA 15108-4212 |
| 15059769 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 25 2023 00:19:00 | Duquense Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15098625 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 25 2023 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15063570 | | Email/Text: EBNBKNOT@ford.com | Feb 25 2023 00:19:00 | FORD MOTOR CREDIT COMPANY LLC, PO BOX 62180, COLORADO SPRINGS, CO 80962-4400 |
| 15059770 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2023 00:18:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |

Case 19-22142-CMB    Doc 96    Filed 02/26/23    Entered 02/27/23 00:30:43    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15088310 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:41 | LVNV Funding LLC, c/o Resurgent Capital Services, P O Box 10587, Greenville, SC 29603-0587 |
| 15059772 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:41 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15059771 | + | Email/Text: EBNBKNOT@ford.com | Feb 25 2023 00:19:00 | Lincoln Automotive Financial Service, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15059778 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15096152 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15072270 | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15089227 | + | Email/Text: ebnpwsa@grblaw.com | Feb 25 2023 00:18:00 | Pittsburgh Water and Sewer Authority, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15059779 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:30 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 15059780 | + | Email/Text: clientservices@sourcerm.com | Feb 25 2023 00:19:00 | Source Receivables Mgmy, Llc, Attn: Bankruptcy Dept, Po Box 4068, Greensboro, NC 27404-4068 |
| 15094818 | | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2023 00:20:41 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. |
| cr | | HTD Leasing, LLC, d/b/a Ford Motor Credit Company, |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15059776 | *+ | Pgh City Hall Emp FCU, 414 Grant Street, Suite 911, Pittsburgh, PA 15219-5404 |
| 15059775 | *+ | Pgh City Hall Emp Fcu, 414 Grant St Ste 911, Pittsburgh, PA 15219-5404 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Garry Alan Masterson | on behalf of Creditor HTD Leasing LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com |
| Julie Frazee Steidl | on behalf of Joint Debtor Anita J. Dansby julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Julie Frazee Steidl | on behalf of Debtor Garfield J. Dansby Sr. julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA N.A. mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Bank Of America N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Bank Of America N.A. pawb@fedphe.com |

TOTAL: 11